## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO.** |
| | § | |
| **ADARRION DEONTE CHRISTIE, and** | § | |
| **DEREK DEVONTE HARPER** | § | |

United States Courts
Southern District of Texas
FILED

MAR 0 2 2017

David J. Bradley, Clerk of Court

**17 CR 0 1 17**

## I N D I C T M E N T

## THE UNITED STATES GRAND JURY CHARGES:

### COUNT I

On or about the 31st day of March, 2016, in the Southern District of Texas,

### ADARRION DEONTE CHRISTIE, and
### DEREK DEVONTE HARPER

defendants herein, aiding and abetting each other, with the intent to cause death and serious bodily harm, did intentionally attempt to take a motor vehicle, namely, a 1997 Infinity Q-45, that had been transported, shipped, and received in interstate and foreign commerce, from the person and in the presence of another, namely, Armando Velazquez Ubiarco, by force and violence and by intimidation, resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 2119(2) and 2.

### COUNT II

On or about the 31st day of March, 2016, in the Southern District of Texas,

### ADARRION DEONTE CHRISTIE, and
### DEREK DEVONTE HARPER

defendants herein, aiding and abetting each other, did knowingly use, brandish, and discharge a firearm, to wit; a Hi-Point Firearms, Model JHP, .45 caliber Semiautomatic pistol, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the crime of aiding and abetting carjacking as set forth in Count I above and adopted herein, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Possession of a Firearm During a Crime of Violence, as charged in Count II, all firearms and ammunition involved in or used in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), are subject to forfeiture, including the Hi-Point Firearms, Model JHP, .45 caliber Semiautomatic pistol and ammunition.

A TRUE BILL

Original signature on File

GRAND JURY FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

JENNIE L. BASILE
ASSISTANT UNITED STATES ATTORNEY